IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| | : | DATE FILED: _____ |
| v. | | |
| | : | VIOLATIONS: |
| **BRIAN DARDEN** | | 18 U.S.C. § 922(g)(1) (possession of a |
| | : | firearm by a felon) |
| | | 21 U.S.C. § 841(a)(1) (possession with |
| | : | intent to distribute a mixture and |
| | : | substance containing a detectable amount |
| | | of fentanyl, and a mixture and substance |
| | | containing a detectable amount of fenta- |
| | | nyl and heroin – 1 count) |
| | : | **Notices of forfeiture** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about May 22, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BRIAN DARDEN,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith and Wesson 9MM handgun with an obliterated serial number, loaded with 8 rounds of live ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 22, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**BRIAN DARDEN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## NOTICE OF FORFEITURE NO. 1

As a result of the violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One, defendant

**BRIAN DARDEN**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense including but not limited to: a Smith and Wesson 9mm handgun with an obliterated serial number, and 8 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE NO. 2

As a result of the violation of Title 21, United States Code, Section 841(a)(1) set forth in this indictment, defendant

### BRIAN DARDEN

shall forfeit to the United States of America any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including but not limited to: $273 United States Currency seized on May 22, 2023 from defendant BRIAN DARDEN, currently in the custody and control of the Philadelphia Police Department.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

4

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

███████████████
GRAND JURY FOREPERSON

*[signature]* /for

**JACQUELINE C. ROMERO**
**United States Attorney**

5

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## BRIAN DARDEN

### INDICTMENT

Counts

18 U.S.C. § 922(g)(1) – (possession of a firearm by a felon – 1 count)
21 U.S.C. § 841(a)(1) – (possession with intent to distribute a mixture and substance containing a detectable amount of fentanyl, and a mixture and substance containing a detectable amount of fentanyl and heroin – 1 count)



Filed in open court this ___8th___ day, of ___August___ A.D. 20 22

_____
Foreperson

Bail, $ _____