IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **BRIAN DARDEN** | NO. 23-343 |

## ORDER

**AND NOW**, this 3rd day of April, 2024, upon consideration of Defendant's Motion to Dismiss Count One of the Indictment (ECF No. 14), and the Government's Response thereto (ECF No. 15), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
   HODGE, KELLEY B., J.